IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KHATIB ABDRAHMAAN,**
    Plaintiff,

vs.                                 CASE NO.: 3:05cv88/MCR/MD

**LARRY W. CASKEY, et al.,**
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 29, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.    All pending motions are DENIED as moot.

    4.    The clerk is directed to close the file.

    DONE AND ORDERED this 4th day of August, 2005.

                                        s/ _M. Casey Rodgers_
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**